GOLDSMITH & HULL, A P.C./Our File No. C104-00331
William I. Goldsmith   SBN 82183
Scott M. Gitlen   SBN 94596
16000 Ventura Blvd., Suite #900
Encino, CA 91436
Telephone:   (818) 990-6600
Facsimile:   (818) 990-6140

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER |
| Plaintiff, | MISC 04-27 |
| v. | REGISTRATION OF JUDGMENT |
| JAY C. BAYLES | |
| Defendant(s). | |

TO THE COURT:

The UNITED STATES OF AMERICA requests the Clerk of the above-entitled Court to register in your records the attached Certified and/or Exemplified copy of the Judgment of the Superior Court of California, County of Ventura, entered on February 24, 2003. Said Judgment was entered in favor of the Sallie Mae Servicing, L.P., and was assigned to the United States of America on April 18, 2003 by the attached original Assignment Of Judgment. Registration is authorized by the Health Professional Education Extension Amendments of 1992, PL 102-408 and particularly §707(h)(3) thereof. The applicable post-judgment per-annum interest rate is the legal maximum in California, 10% at this time.

//
//
//

f:\soma\register judgments.wpd

1  No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

DATED: 3-15-04

GOLDSMITH & HULL, A P.C.

*(signature)*

SCOTT M. GITLEN
Attorneys for Plaintiff

**SallieMae Servicing**

PO BOX 6228
INDIANAPOLIS IN 46206

(800) 251-4127

CLERK OF COU R T
VENTURA COUNTY CRT
800 S. VICTORIA AVE
VENTURA        CA   93009-0001

ACCOUNT NUMBER: 5510570356601

Dear CLERK OF COU R T,                                           04/18/03

## ASSIGNMENT OF JUDGMENT

I, DIANE E KLINGES, representing the Student Loan
Marketing Association/Loan Servicing Center/Pennsylvania (Sallie Mae) of
220 Lasley Avenue, City of Wilkes-Barre, County of Luzerne, State of
Pennsylvania, in consideration of the sum of $65,085.78, receipt of
which is acknowledged, paid to me by the United States of America, the
assignee, hereby assign the judgment, recovered by Sallie Mae
on 02/24/03, docketed in VENTURA, Case No. CIV 215825,
against JAY C BAYLES, 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-1, for
$65,085.78 (amount of judgment, indicating treatment of interest,
court costs, and attorney's fees, if appropriate).

Assign or authorizes the United States of America to ask, demand, and
receive, and to sue out executions and take all lawful ways for recovery
of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the
United States of America from enforcing this judgment.

The Servicing Center/Pennsylvania address is: P.O. Box 9400,
Wilkes-Barre, PA 18733-9400. Phone: (570) 821-3600.

The DHHS address is: Department of Health and Human Services, Debt
Management Branch, 5600 Fishers Lane, Room 2-B-60, Rockville, MD  20857,
(301) 443-1782.

I have executed this assignment at Loan Servicing Center/Pennsylvania
the  18TH of APRIL, 2003.

_____
(Signature)

Sworn before me this ____ day of _____, 20___.

_____ Affiant ____ is known to me personally
                           ____ provided valid identification
                           Type of identification provided: _____

My commission expires _____ NOTARIAL SEAL _____
                              Debra O'Day, Notary Public
                              Hanover Twp., County of Luzerne
                              My Commission Expires May 6, 2004

PHONE (800) 251-4127   •   FAX (800) 848-1949   •   TDD/TTY (888) 833-7562   •   24 HRS/7 DAYS

L100   LPDEKI   4880

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF VENTURA

| Short Title of Case: | Case Number: |
|---|---|
| SALLY MAE SERVICING L.P., vs. JAY C. BAYLES | CIV 215825 |

### EXEMPLIFICATION OF RECORD
Pursuant to Government Code 26839

List of documents exemplified:

| Date Filed | Title of Document |
|---|---|
| MARCH 05, 2003 | JUDGMENT BY DEFAULT BY COURT |

☐ Listing continued on reverse:

I, MICHAEL D. PLANET, Superior Court Executive Officer and Clerk for the Superior Court of California, County of Ventura, do hereby certify and attest that the copies attached are true and correct copies of the documents listed above and that the originals they depict are on file or of record in my office.

Dated: **MAR 25 2003**

Michael D. Planet,
Superior Court Executive Officer and Clerk

By: _____, Deputy Clerk

I, BRUCE A. CLARK, Presiding Judge of the Superior Court of California, County of Ventura, certify that:

a. This Court is a Court of Record, having a Clerk and a Seal, which seal is annexed hereto:
b. MICHAEL D. PLANET is the Ventura County Executive Officer and was on the date shown above the Clerk of the Superior Court, and as such Clerk is the legal custodian of the original records or documents described and referred to above, and is the proper officer to execute this exemplification:
c. The signature of the Clerk named below is genuine and all his official acts as Clerk are entitled to full faith and credit.

Dated: **MAR 25 2003**

Bruce A. Clark, Presiding Judge of the Superior Court

I, MICHAEL D. PLANET, Superior Court Executive Officer and Clerk, certify that BRUCE A. CLARK was at the time of signing this document, the Presiding Judge of the Superior Court of California, County of Ventura, duly qualified by election or appointment; and his signature above is genuine.

Dated: **MAR 25 2003**

Michael D. Planet, Executive Officer and Clerk

Rev 6/01      EXEMPLIFICATION OF RECORD      1

```
1  01-28427-0- DJS
   GEORGE L. COHN
2  2850 Artesia Boulevard
   Suite 201
3  P.O. Box 5000
   Redondo Beach, CA 90278-9200
4  (310) 370-3730
   State Bar No. 92559
5
   Attorney for Plaintiff
6
7
8              SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                  OF AND FOR THE COUNTY OF VENTURA
10
11  SALLIE MAE SERVICING, L.P.,      )   CASE NO: CIV215825
                                     )
12                                   )   JUDGMENT BY DEFAULT BY
    Plaintiff,                       )   COURT
13                                   )
    vs.                              )
14                                   )
    JAY C. BAYLES;                   )
15                                   )
                                     )
16  Defendants.                      )
                                     )
17  _____
    \\\
18
    \\\
19
```

JUDGMENT BY COURT

Plaintiff having appeared by moving papers/attorney George L. Cohn, and Defendant(s), having no appearance, and upon the presentation of documentary evidence and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Plaintiff SALLIE MAE SERVICING, L.P., and against Defendant(s) JAY C. BAYLES; as follows:

(1) For principal of $52,515.35;

(2) For interest of $12,570.43;

(3) For $4,100.30 in attorney's fees; and

(4) For $254.45 in costs;

FOR A TOTAL JUDGMENT OF: $69,440.53

Dated: February 24, 2003

JUDGE/~~COMMISSIONER~~
SUPERIOR COURT

CIV215825
01-28427-0
SALLIE MAE SERVICING, L.P., v. JAY C. BAYLES;

JUDGMENT BY COURT

2